■ ARTHUR GERSHFELD, Respondent, v MOZER ARCHITECT DESIGN, P.C., Appellants. [990 NYS2d 830]—In an action, inter alia, to recover damages for breach of contract, the defendants appeal from a judgment of the Supreme Court, Kings County (Kurtz, Ct. Atty. Ref.), dated August 28, 2012, which, upon a decision of the same court dated July 3, 2012, made after a nonjury trial, is in favor of the plaintiffs and against them in the principal sum of $24,000.

Ordered that the judgment is affirmed, with costs.

In reviewing a determination made after a nonjury trial, this Court's power is as broad as the trial court's power, and this Court may render the judgment it finds warranted by the facts, taking into account in a close case that the trial judge had the advantage of seeing the witnesses (*see Northern Westchester Professional Park Assoc. v Town of Bedford*, 60 NY2d 492, 499 [1983]). Here, the Supreme Court's determination that the de-

fendants breached the subject contract was warranted by the facts. Thus, we decline to disturb that determination. Rivera, J.P., Balkin, Leventhal and Roman, JJ., concur.